UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MICHAEL MURPHY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 17-1911(KBJ) ) |
| DEPARTMENT OF THE AIR FORCE, | ) ) ) |
| Defendant. | ) ) |

## ANSWER

Defendant Department of the Air Force hereby answers the Complaint by plaintiff James Michael Murphy as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

In response to the numbered paragraphs of plaintiff's Complaint, defendant admits, denies, or otherwise avers, as follows:

### JURISDICTION AND VENUE

1-2.  These paragraphs consist of plaintiff's legal conclusions to which no response is required.

### PARTIES

3. First clause: Admit.  Second clause: Admit plaintiff was a member of the Air Force Reserves.  Deny that plaintiff was continuously a member of the Air Force Reserves, as opposed to the Oregon Air National Guard, from June 2005 until August 2016.

4. Admit.

5. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

6. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

7. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

8. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

9. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

10. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

11. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

12. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

13. Admit.

14. Admit plaintiff completed an internship with Providence Sacred Heart Medical Center & Children's Hospital, an internship with the Charleston Area Medical Center, Charleston, West Virginia, and a residency program with Carillion Roanoke Memorial Hospital. Defendant is without sufficient knowledge to form a belief as to the truth of the dates plaintiff avers he completed these programs.

15. First sentence: Admit. Second sentence: Defendant is without sufficient knowledge

to admit or deny.

16. Admit plaintiff was assessed from the United States Air Force Reserve into the Oregon Air National Guard.

17. First clause: Deny that performing a papanicolaou (hereinafter "Pap") exam was a part of plaintiff's duties as a Guardsman. Second clause: Deny that a Pap exam was part of a Preventative Health Assessment (PHA) but aver, instead, that plaintiff's actions constituted a sexual assault on SSgt Hannah Mosebach. Third clause: Admit SSgt Hannah Mosebach had a Preventative Health Assessment (PHA) on or about November 19, 2011.

18. Admit plaintiff was advised he was accused of sexually assaulting SSgt Mosebach by performing an unauthorized Pap exam on her. Defendant is without sufficient knowledge to admit or deny when plaintiff was advised of the allegation.

19. Admit.

20. Admit.

21. Defendant is without knowledge sufficient to admit or deny the allegations.

22. Admit.

23. The allegations in this paragraph consist of a characterization of one sentence in the Quality Assurance Review Regarding Lt. Col. James Murphy, dated April 8, 2015, to which no response is required. To the extent a response is deemed required, defendant respectfully refers the Court to the Quality Assurance Review Regarding Lt. Col. James Murphy, dated April 8, 2015, for a full and accurate statement of its contents.

24. Admit.

25. First sentence: Admit. Second Sentence: Admit that, following an administrative discharge board finding by a preponderance of the evidence that the alleged sexual assault of

SSgt Mosebach occurred, the Peer Review Panel agreed it was to review the provided materials with the assumption that the alleged assault occurred. Third sentence: Admit.

26. First clause: Admit. Second clause: Admit plaintiff's command notified him that the Oregon Air National Guard would not take further action against his credentials. Third clause: Deny.

27. Admit

28. First clause: Admit. Second clause: Admit Maj Crystal Wong disclosed information within the agency to an employee with a need to know. Third clause: Defendant is without sufficient information to admit or deny. Fourth clause: Defendant is without sufficient information to admit or deny the allegation.

29. Admit.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. The defenses set forth in the preceding paragraphs are incorporated herein.

35. The allegations in this paragraph contain plaintiff's legal conclusions, to which no response is required.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of a prayer for relief to which no response is required. To the extent that a response is required, defendant denies that plaintiff is entitled to the relief requested, or to any relief whatsoever. Defendant also denies every allegation not previously admitted, denied, or otherwise qualified.

Respectfully submitted,

JESSIE K. LIU,
 D.C. BAR # 472845
United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division


/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202)252-2561
Marina.Braswell@usdoj.gov