UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MICHAEL MURPHY,<br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE,<br><br>    Defendant. | Civil Action No. 17-cv-1911 (KBJ) |

**MOTION FOR WITHDRAWAL FROM APPOINTMENT**

Pursuant to Local Rule 83.11(b)(6), Venable LLP seeks relief from the Court's Civil Pro Bono Panel appointment to represent Plaintiff James Michael Murphy in the above-captioned case. *See* ECF No. 66.

Grounds for relief from appointment under Local Rule 83.11(b)(6)(i) (aa), (bb), and (cc) exist.

Date: February 10, 2021

Respectfully submitted,

 */s/ Seth A. Rosenthal*
Seth A. Rosenthal (Bar No. 482586)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: 202-344-8300
sarosenthal@venable.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this motion was sent to Plaintiff James Michael Murphy via United States Postal Service to his home address of 5080 Riordan Hill Drive, Hood River, Oregon 97031, this 10th day of February 2021.

    */s/ Seth A. Rosenthal*
    Seth A. Rosenthal